UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

HELEN SIEGER and KINGSBRIDGE
HEIGHTS REHABILITATION CARE
CENTER, INC.,

                      Plaintiffs,

                -against-

GEORGE GRESHAM, individually and in representative capacity as President of Local 1199/SEIU, United Health Care Workers East, MICHAEL RIFKIN, individually and in his representative capacity as Vice President of Local 1199/SEIU, United Health Care Workers East, JOHN DOE, individually and in his representative capacity as an Offical of Local 1199/SEIU, United Health Care Workers East, JANE DOE, individually and in her representative capacity as an Offical of Local 1199/SEIU, United Health Care Workers East and JAY SACKMAN,

                      Defendants.
-------------------------------------------------------X

2008 Civ. _____ (   )

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held: None.

Dated: New York, New York
       January 16, 2008

                                                 LEVY RATNER, P.C.

                                          By: *Allyson Belovin* (AB 3702)
                                                  Counsel for 1199SEIU
                                                  80 Eighth Avenue, 8th Floor
                                                  New York, New York 10011-5126
                                                  (212) 627-8100