UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SIEGER, et al.                                          :
                                                        :
                    Plaintiffs,                         :        08 Civ. 00423
                                                        :
           -against-                                    :
                                                        :
GEORGE GRESHAM, et al.,                                 :
                                                        :
                    Defendants.                         :
------------------------------------------------------------X

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

### AFFIDAVIT OF SERVICE BY OVERNIGHT MAIL

I, LOURDES B. GARCIA, being duly sworn state the following:

I am not a party to this action, am over 18 years of age and reside at New York, New York.

On the 17th of January, 2008, I served the within Notice of Petition, Petition for Removal of State Court Action with attached exhibit, Rule 7.1 Statement and Civil Cover Sheet, by dispatching a true copy by overnight delivery (UPS/FEDEX tracking no. 7909 1935 4498) to each of the following persons at the last known address set forth after each name below:

Joel E. Cohen
McDermott Will & Emery
340 Madison Avenue
New York, New York 10173

_____
LOURDES B. GARCIA

Sworn to before me this
17th day of January, 2008

_____
NOTARY PUBLIC
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES OCT 21

{Worldox Files\...}