FEB-01-2008 13:42        212 5475830                                    212 5475830    P.02
02/01/2008 11:14 FAX 212 627 8182        LEVY RATNER, PC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
HELEN SIEGER and KINGSBRIDGE
HEIGHTS REHABILITATION CARE
CENTER, INC.,

                      PLAINTIFFS,

-AGAINST-

GEORGE GRESHAM, individually and in
representative capacity as President of Local
1199/SEIU, United Health Care Workers East,
MICHAEL RIFKIN, individually and in his
representative capacity as Vice President of
Local 1199/SEIU, United Health Care Workers
East, JOHN DOE, individually and in his
representative capacity as an Official of Local
1199/SEIU, United Health Care Workers East,
JANE DOE, individually and in her
representative capacity as an Official of Local
1199/SEIU, United Health Care Workers East
and JAY SACKMAN,

                      DEFENDANTS.
---------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/08

Case No. 08 Civ. 00423 (MGC)

**STIPULATION AND ORDER
WITHDRAWING PETITION
FOR REMOVAL AND
REMANDING TO STATE
COURT**

IT IS HEREBY STIPULATED AND AGREED, by and among McDermott Will &
Emery LLP, attorneys for Plaintiffs, and Levy Ratner, P.C., attorneys for Defendants, that
Defendants hereby withdrawal their petition for removal to federal court and the case is
remanded to the Supreme Court of the State of New York, County of New York.

Dated: New York, New York
       February 1, 2008

McDERMOTT WILL & EMERY LLP

By: _____
   Joel E. Cohen
   *Attorneys for Plaintiffs*

LEVY RATNER, P.C.

By: _____
   Allyson L. Belovin
   *Attorneys for Defendants*

1-454-00002

FEB-01-2008  13:42        212 5475830                                    212 5475830    P.03
02/01/2008  11:18 FAX  212 627 8182        LEVY BOIMER, PH

340 Madison Avenue  
New York, New York 10173  
(212) 547-5400

80 Eighth Avenue, 8th Floor  
New York, New York 10011  
(212) 627-8100

S/

SO ORDERED:

_____  
U.S.D.J.

February 4, 2008

1-454-00002

2

PAGE 3/3 * RCVD AT 2/1/2008 11:21:07 AM [Eastern Standard Time] * SVR:RF/2 * DNIS:500 * CSID:212 627 8182 * DURATION (mm-ss):01:26

TOTAL P.03